IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COOPERATIVE FINANCE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KENT M. THEOBALD, <br><br> Defendant. | 8:17CV95 <br><br> ORDER |

This matter is before the Court on defendant Kent M. Theobald's Suggestion of Bankruptcy (Filing No. 21). Pursuant to NEGenR 1.5(a)(1), this case is stayed pending an order from the bankruptcy court authorizing plaintiff Cooperative Finance Association, Inc. ("Cooperative Finance") to proceed with the litigation in this Court.[1] Accordingly,

IT IS ORDERED.

1. This case is stayed until Cooperative Finance obtains an order of the bankruptcy court authorizing it to proceed with this litigation.

2. Unless Cooperative Finance has obtained such an order and filed a motion to lift the stay in this case, Cooperative Finance shall file a status report with this Court every 60 days beginning December 1, 2017.

Dated this 3rd day of October, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge

---

[1] This Order does not remove either party's ability to move for referral of the case to bankruptcy court under NEGenR 1.5(a)(1).